**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-1377

WILLIAM T. ADKINS,

Plaintiff - Appellant,

versus

MICHAEL H. HOLLAND; MARTY D. HUDSON; JOSEPH P.
BRENNAN; B. V. HYLER, As Trustees; UNITED MINE
WORKERS OF AMERICA, 1974 Pension Plan and
Trust,

Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston. Charles H. Haden II,
District Judge. (CA-02-249-2)

Submitted: January 28, 2004      Decided: February 17, 2004

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Robert B. Wilson, Charleston, West Virginia, for Appellant. Glenda
S. Finch, Deputy General Counsel, Christopher F. Clarke, Senior
Assistant General Counsel, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William T. Adkins appeals the district court's order dismissing, under Fed. R. Civ. P. 12(b)(6), all but one of his claims for disability pension benefits under the provisions of the United Mine Workers of America 1974 Pension Plan, and the order granting summary judgment to the Trustees of the Plan on his remaining claim. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Adkins v. Holland, No. CA-02-249-2 (S.D.W. Va. Aug. 20, 2002 & Mar. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED